UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 21-21583-CIV-MARTINEZ-BECERRA**

MICHAEL STEPHENS,

    Plaintiff,

vs.

ZARA U.S.A., INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice. [ECF No. 8]. It is hereby **ORDERED AND ADJUDGED** that:

1. All pending motions are **DENIED AS MOOT**.

2. This action is **DISMISSED with prejudice**, and this case is **CLOSED**.

3. All parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of September, 2021.

                                                                      JOSE E. MARTINEZ
                                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record